UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-06592-JLS-CTS                    Date: June 16, 2026
Title:  Yunhong Chen v. David M. Radel

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL**

On July 18, 2025, Plaintiff Yunhong Chen filed a "Complaint for Mandamus" against Defendant, seeking to compel Defendant to schedule an interview regarding her asylum application.  (Doc. 1.)  On September 10, 2025, after the Parties informed the Court that a date had been set for Plaintiff's interview, the Court granted the Parties' stipulation to stay the case pending the adjudication of Plaintiff's asylum application. (Docs. 13, 14.)  The Court then extended the stay twice due to a lapse in funding and changes to the policies and procedures used by United States Citizenship and Immigration Services ("USCIS").  (Docs. 16, 18.)  On June 8, 2026, Defendant filed a Notice of Mootness, representing that Defendant had now interviewed Plaintiff and adjudicated her application.  (Doc. 20.)

Because Plaintiff has now received the relief she requested, the Court ORDERS Plaintiff to SHOW CAUSE, in writing, as to whether the action should be dismissed as moot.  Plaintiff shall respond within **five (5) days** of this order.  Following Plaintiff's response, Defendant shall have **five (5) days** to reply.  Should Plaintiff fail to respond, the action will be dismissed as moot.

Initials of Deputy Clerk: kd