UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-06592-JLS-CTS                      Date: June 26, 2026
Title:  Yunhong Chen v. David M. Radel

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Kelly Davis   |   N/A   |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| --- | --- |
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE AS MOOT**

On June 16, 2026, the Court ordered Plaintiff to show cause within five days as to whether the action was moot.  (Doc. 22.)  The Court warned that "[s]hould Plaintiff fail to respond, the action will be dismissed as moot."  (*Id.*)

Because the deadline has now passed and Plaintiff filed no response, it is hereby ORDERED that this action is DISMISSED AS MOOT, and the case is ordered closed.

Initials of Deputy Clerk: kd